## PROVOST *against* PATCHIN.

THE master of a vessel, as general agent of the owners, has authority, in a home port, to bind them by his contract for necessary repairs to the vessel, unless his power has been in some way suspended or restricted, and notice of such suspension or restriction is brought home to the creditor.

(S. C., 9 N. Y. 235).